# EXHIBIT 2

{02227993;v1 }

"Accused Products" has the same meaning used in the complaint.

For U.S. Patent No. 8,064,202 a chart of exemplary claim 1 against exemplary Accused Product NBM2317 is provided below.

Annotations and identification of elements in this chart are preliminary, are not final, nor are they intended to limit Plaintiff's identification of claim elements in Vicor's infringing products. Furthermore, the chart for the NBM2317 and claim 1 below have been provided as representative, and MPS reserves the right to identify additional products and claims and identify further representative products. MPS reserves the right to amend, supplement, expand, modify, or narrow its identifications in the accused products as it develops facts during discovery, based on the Court's claim constructions, or for any other allowable purpose in this action.

## I.    VICOR ACCUSED PRODUCTS – U.S. Pat. No. 8,064,202– EXEMPLARY NBM2317 CLAIM CHART

| 8,064,202 Claim | NBM2317 |
| --- | --- |
| Claim 1 | |
| A sandwich structure for mini-modules, comprising: | The NBM2317 is a DC-DC converter that satisfies the claimed sandwich structure for mini-modules.  Below is a cross-sectional X-Ray view of the NBM2317. |
| a top lead frame for thermal cooling, EMI shielding and current carrying, wherein said top lead frame has a top surface and a bottom surface; | The NBM2317 is fabricated using Vicor's SM-ChiP packaging technology, which results in the module having a lead frame shown on at least the top (shown below in gold, identified as 101) and bottom of the module.  The lead frame, made of a metal composition, provides for thermal cooling, EMI shielding and current carrying, and includes a top surface and a bottom surface. |

| 8,064,202 Claim | NBM2317 |
|---|---|
| Claim 1 | |
| | <br><br>The lead frame has a top surface 11 and bottom surface 12  as shown in the image below of the portion of the lead frame encapsulated in blue 101.<br><br>As shown below, the lead frame, made of a metal composition, is connected to PGND.  The lead frame provides for EMI shielding,  thermal cooling, and current carrying. |

| 8,064,202 Claim | NBM2317 |
|---|---|
| Claim 1 | |
| | **TOP VIEW**<br><br>+VHI   EN   TM / OG   +VHI<br>4   3   2   1<br><br>Top-side indicator ◯<br><br>101 →   6 PGND<br><br>5<br><br>+VLO<br><br>**NBM2317 SM-ChiP™**<br><br>Page 3 of DS of NBM2317, top view of NBM2317 |

| 8,064,202 Claim | NBM2317 |
|---|---|
| Claim 1 | |
| a bottom structure for thermal cooling, current carrying and circuit controlling, wherein said bottom structure has a top surface and a bottom surface; | The NBM2317 includes a printed computer board ("PCB") identified as 102 below that allows for thermal cooling, current carrying and circuit controlling, wherein said bottom structure has a top surface 21 and a bottom surface 22: |
| internal components, wherein said internal components comprise at least a first set of one or more components, further wherein a first side of each of said first set of one or more components is mounted on said top surface of said bottom structure; | The NBM2317 includes internal components wherein said internal components comprise at least a first set of one or more components, e.g., S9 or S10. A first side of each of said first set of one or more components is mounted on the top surface 21 of the PCB 102 as shown in the image below: |

| 8,064,202 Claim | NBM2317 |
|---|---|
| Claim 1 | |
| | <br>3D x-ray of NBM2317 |
| a first set of one or more connecting structures, each of said first set of one or more connecting structures for connecting each of said first set of one or more components with said bottom surface of said top lead frame; and | The NBM2317 includes a first set of one or more connecting structures, each of said first set of one or more connecting structures for connecting each of said first set of one or more components with said bottom surface of said top lead frame.<br><br>The NBM2317 includes a number of connecting structures, including, e.g., metal elements of the PCB 102, that connect each of the first set of one or more components (e.g., S9 or S10) with the bottom surface of the lead frame. |

| 8,064,202 Claim | NBM2317 |
| --- | --- |
| Claim 1 | |
| | <br>3D x-ray of NBM2317 |

| 8,064,202 Claim | NBM2317 |
|---|---|
| Claim 1 | |
| | <br>3D x-ray of NBM2317 |
| a second set of one or more connecting structures connected between said bottom surface of said top lead frame and said top surface of said bottom structure for providing one or more current paths for said internal components. | The NBM2317 includes a second set of one or more connecting structures connected between the bottom surface of the lead frame and the top surface of the PCB 102 for providing one or more current paths for the internal components.<br><br>On a side of the NBM2317, a metal tab identified as 107 is connected between the bottom surface 12 of the lead frame 101 and the top surface 21 of the PCB 102 for providing one or more current paths for the internal components. |

| 8,064,202 Claim | NBM2317 |
|---|---|
| Claim 1 | |
| | The PCB 102 includes connecting structures that connect the internal components with the lead frame through metal tab 107.<br><br><br><br>3D x-ray of NBM2317<br><br>As noted above, the lead frame is connected to PGND as a current path for the internal components: |

| 8,064,202 Claim | NBM2317 |
|---|---|
| Claim 1 | |
| | **TOP VIEW**<br><br><br><br>**NBM2317 SM-ChiP™**<br><br>Page 3 of DS of NBM2317, top view of NBM2317<br><br>The internal components, through such connective structures, have a current path to PGND. |